IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRUIST BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:22-cv-940-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendant Truist Bank ("Truist") have resolved Plaintiff's claims for relief against Truist.

NOW, THEREFORE, Plaintiff and Truist, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Truist with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 2, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*

Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON

/s/ *Jeffrey D. Mills*

Jeffrey D. Mills (State Bar 24034203)
jmills@kslaw.com
KING & SPALDING LLP
500 West 2nd Street
Suite 1800
Austin, TX 78701
Phone: (512) 457-2040

& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

**ATTORNEYS FOR PLAINTIFF**         **ATTORNEYS FOR DEFENDANT**
                                     **TRUIST BANK**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 2, 2022.

                                                          */s/Matthew J. Antonelli*
                                                          Matthew J. Antonelli