**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

TEXTILE COMPUTER SYSTEMS, INC.,

    Plaintiff,

    v.

TRUIST BANK,

    Defendant.

CIVIL ACTION NO. 6:22-cv-940-ADA

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendant Truist Bank ("Truist") announced to the Court that they have resolved Plaintiff's claims for relief against Truist asserted in this case. Plaintiff and Truist have therefore requested that the Court dismiss Plaintiff's claims for relief against Truist with prejudice, with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Truist are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 5th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE